# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0052, A13A0053.  KELVIN JOHNSON v. THE STATE.**

Appellant Kelvin Johnson was charged under two separate indictments with rape and burglary.  He filed motions to dismiss in both cases based, inter alia, on alleged violations of his state and federal constitutional right to a speedy trial.  The trial court denied both motions, finding that it would be premature at the time they were filed to conduct the *Barker v. Wingo*, 407 U. S. 514 (92 SC 2182, 33 LE2d 101) (1972) analysis, but granted Johnson the right to renew his motions at a later date. Johnson then filed the present direct appeals from the trial court's orders, which have been docketed in this Court as Case Nos. A13A0052 and A13A0053 and consolidated for our review.

Our Supreme Court has recently ruled, however, that appeals from the trial court's denial of an accused's motion to dismiss an indictment due to an alleged constitutional speedy trial violation must follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  *Sosniak*, ___ Ga. ___ (2) (Case No. S12A0799, decided November 19, 2012). Johnson's appeals are therefore dismissed.  See *Stevens v. State*, ___ Ga. ___ (Case No. S12A1795, decided November 27, 2012); *Morris v. State*, ___ Ga. App. ___ (Case No. A12A2210, decided December 5, 2012).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 12/20/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*